UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-2400

UNITED STATES OF AMERICA

v.

MICHAEL W. SEIBERT, JR.,
Appellant

(E.D. Pa. No. 5-17-cr-00572-001)

Present: AMBRO, HARDIMAN and RESTREPO, Circuit Judges

1. Motion filed by Appellant Michael W. Seibert, Jr. to Clarify Opinion dated August 19, 2020.


Respectfully,
Clerk/pdb

_____ORDER_____
The foregoing motion is hereby granted.  The fourth sentence in the second paragraph on page nine of the Court's opinion will be stricken and replaced with the following amended sentence:

This District Court applied § 2G2.2(b)(5) to Seibert's possession conviction because it found that he committed two or more separate instances of the sexual abuse or exploitation of a minor in addition to the two referenced in the indictment.


By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated:        April 6, 2021
SLC/cc:       Counsel of Record